DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GOLDEN HORN CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION, DIVISION OF FLORIDA
CONDOMINIUMS, TIMESHARES & MOBILE HOMES,**
Appellee.

No. 4D19-2397

[March 26, 2020]

Appeal from the State of Florida, Division of Florida Condominiums, Timeshares & Mobile Homes; L.T. Case Nos. 2016-030237, 2016-058304, and 2017-022419.

Joseph M. Pustizzi of the Law Office of Joseph Pustizzi, P.A., Hollywood; and David Levine of Levine Legal, P.A., Cooper City, for appellant.

Joseph Yauger Whealdon, III, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***